

**SO ORDERED.**

**SIGNED this 17 day of May,2016.**

*Stephani H. Humrickhouse*

**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILMINGTON DIVISION

IN RE:   RITA ELAINE CANTY                    CASE NO:   12-08543-8-SWH

        Debtor(s)                                        CHAPTER 13

## CONSENT ORDER MODIFYING CHAPTER 13 PLAN

**THIS MATTER** coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtor(s) Chapter 13 Plan;  now therefore,

**THE COURT FINDS** that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

**THE COURT FURTHER FINDS** that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor(s), by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the debtor(s) Chapter 13 Plan is modified as follows:

From:   $930.00 per month for a period of 29 months followed by
          $995.00 per month for a period of 28 months

To:   $930.00 per month for a period of 29 months followed by
      $995.00 per month for a period of 10 months followed by
      $1045.00 per month for a period of 18 months

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

/s/RICHARD C. POOLE
Richard C. Poole, Attorney for the Debtor(s)

/s/ Sarah Beth Withers
Sarah Beth Withers, Staff Attorney for
Richard M. Stearns, Chapter 13 Trustee

**"End of Document"**